

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00581-CV

**IN THE INTEREST OF E.E.G. AND E.K.M.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-EM5-00713
Honorable Martha Tanner, Judge Presiding

# O R D E R

The clerk's record was due on August 29, 2022, but the notice of appeal was not filed with the Bexar County District Clerk until September 7, 2022. After the due date, the Bexar County District Clerk filed a notification of late record requesting additional time to file the record until November 7, 2022.

The request is GRANTED IN PART. *See* TEX. R. APP. P. 35.3(c) (limiting any extension to thirty days). The clerk's record is due on September 28, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court